IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS SAMATARO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE AMERICAN NATIONAL RED CROSS, a non-profit corporation,<br><br>*Defendant.* | Case No.<br><br>CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

## CLASS ACTION COMPLAINT

Plaintiff Thomas Samataro ("Plaintiff Samataro" or "Samataro") brings this Class Action Complaint and Demand for Jury Trial against Defendant The American National Red Cross ("Defendant" or "ARC") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing pre-recorded calls without consent, including calls that were placed after consumers specifically opted out from receiving additional calls. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Samataro, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

1

## PARTIES

1. Plaintiff Thomas Samataro is a resident of Macomb, Michigan.

2. Defendant ARC conducts business throughout this District and throughout the U.S.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant does business in this District and makes calls into this District.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Defendant does business in this District, and the wrongful conduct giving rise to this case was directed by Defendant into this District where the Plaintiff resides.

## INTRODUCTION

6. As the Supreme Court explained at the end of its term, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in

2

Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants,* No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10. According to online robocall tracking service "YouMail," 4.9 billion robocalls were placed in October 2024 alone, at a rate of 158.4 million per day. www.robocallindex.com (last visited December 1, 2024).

11. The FCC also has received an increasing number of complaints about unwanted calls. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

3

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

14. Defendant ARC operates a network of volunteers who collect donations of money and blood to provide disaster relief.[3]

15. ARC places donation request calls to consumers throughout the U.S. asking for money and blood donations.

16. Defendant ARC places pre-recorded calls to consumers as part of its donation requests.

17. Consumers have captured and posted unwanted pre-recorded calls they received from ARC online, including:

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://www.linkedin.com/company/american-red-cross/about/

> directory.youmail.com/phone/517-318-1798
>
> **Typical Messages**
>
> ⚏ Hello, this is Pamela with the American Red Cross Platelet Department. Thank you so much for your previous donations. Right now there is an urgent need for platelets, and your donation can help us save lives. We could not be more excited for this exclusive merch. To celebrate 30 years of Friends, get two pairs of custom Friends Red Cross socks when you come to give platelets now through December 8th while they last. Life is better with Friends. See redcrossblood.org slash Friends for details. Call us today at (833) 225-8017 to schedule your next platelet donation. Thank you for helping us save lives.
>
> ⚏ Hello, this is John with the American Red Cross Platelets Department. Thank you so much for your previous donations. Your regular platelet donations are vital for patients in need. Hurry in to give platelets by October 31st, and you'll get a $10 Amazon.com gift card by email. Plus, come to give platelets twice, except for 16th.
>
> ⚏ Hello, this is John with the American Red Cross Platelets department. Thank you so much for your previous donations. Right now, there's an emergency platelet shortage. Your donation can help prevent further delays in lifesaving patient care. Hurry in to give platelets by October 31st, and you'll receive a $10 Amazon.com gift card by email. Plus, there's more. Come to give platelets

[4]

18. Defendant ARC is also placing pre-recorded calls to consumers who have specifically opted-out from receiving pre-recorded calls, as per Plaintiff'

19. Consumers have posted complaints and reports online claiming that they received unwanted calls from Defendant ARC even *after* opting-out, including:

- "I have asked to be taken off this call list. They continue to call."[5]
- "They will not remove you from their list."[6]
- "The problem with Red Cross right now is they keep calling even though I asked to unsubscribe for the time being and they do not comply…"[7]

---

[4] https://directory.youmail.com/phone/517-318-1798
[5] https://directory.youmail.com/phone/800-733-2767
[6] Id.
[7] https://800notes.com/Phone.aspx/1-800-733-2767/42

5

- "This is the Red Cross automated number calling to request blood donations. Frequently calls with auto-dialer without permission"[8]

- "I asked them to be taken off their list in the past & haven't do so yet"[9]

- "these people are so annoying. I donated blood ONCE when I was in high school. It's been about 5 years and these people spam my phone twice a week and when i don't answer they call 5-6 times. It's ridiculous, I've asked me to take me off the list and they say they can't and try getting me to book an appointment. Like because y'all harass me so much im not going to donate."[10]

- "I've opted out and still calls"[11]

- "I've told them to take me off their call list yet here we are"[12]

- "Have repeatedly unsubscribed"[13]

- "Asked to be removed from their contact lists"[14]

20.     In response to these calls, Plaintiff Samataro brings this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, and an award of statutory damages to the members of the Class and costs.

## PLAINTIFF SAMATARO'S ALLEGATIONS

21.     Plaintiff Samataro is the sole owner and user of his cell phone number ending in 3088.

22.     Plaintiff Samataro has donated blood to ARC.

---

[8] https://lookup.robokiller.com/p/800-733-2767
[9] Id.
[10] Id.
[11] Id.
[12] Id.
[13] Id.
[14] Id.

6

23. As a result of his blood donations, Plaintiff Samataro has received calls, including pre-recorded calls to his cell phone from ARC.

24. Plaintiff Samataro has opted-out from receiving pre-recorded calls, but the calls have continued.

25. For example, on September 26, 2023 at 7:15 PM, Plaintiff called 800-733-2767 and spoke to an ARC employee.

26. During this call, Plaintiff Samataro asked the employee to cease all calls to his cell phone.

27. 800-733-2767 is the main phone number for ARC:

[15]

28. On September 6, 2024 at 6:44 PM, Plaintiff Samataro received a call to his cell phone from 800-733-2767. This call was not answered, but a pre-recorded voicemail was left.

---

[15] https://www.redcross.org/contact-us.html

7

29. Plaintiff Samataro believes the voicemail was pre-recorded because the voicemail was generic and because the specific details about the dates, times, and locations were spoken using a different, robotic-sounding voice.

30. On October 30, 2024 at 6:04 PM, Plaintiff Samataro received a call to his cell phone from 800-733-2767. This call was not answered, but a pre-recorded voicemail was left.

31. As with the previous voicemail, Plaintiff Samataro believes the voicemail was pre-recorded because the voicemail was generic and because the specific details about the dates, times, and locations were spoken using a different, robotic-sounding voice.

32. Plaintiff revoked whatever consent Defendant ARC may have obtained to place pre-recorded calls to his cell phone number.

33. The unauthorized telephone calls and voicemails that Plaintiff received from or on behalf of Defendant has harmed Plaintiff Samataro in the form of annoyance, nuisance, and invasion of privacy, occupied his phone memory, and disturbed the use and enjoyment of his phone.

34. Seeking redress for these injuries, Plaintiff Samataro, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

35. Plaintiff Samataro brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Pre-recorded Class:** All persons and entities throughout the United States (1) to whom Defendant placed a call, (2) directed to a number assigned to a cellular telephone service, (3) with an artificial or prerecorded voice, (4) after the consumer placed a request for the calls to stop or to a consumer who did not provide their telephone number to Defendant, (5) from four years prior to the filing of this action through the date of class certification.

36. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Samataro anticipates the need to amend the Class definitions following appropriate discovery.

37. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

9

38.  **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a) whether Defendant placed pre-recorded voice message calls to Plaintiff and members of the Pre-recorded No Consent Class without first obtaining consent to make the calls;

(b) whether the calls constitute a violation of the TCPA;

(c) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

39.  **Adequate Representation**: Plaintiff Samataro will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Samataro has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff Samataro and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Samataro nor his counsel have any interest adverse to the Class.

40.     **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Samataro. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Samataro and the Pre-recorded Class)**

41.     Plaintiff repeats and realleges paragraphs 1-40 of this Complaint and incorporates them by reference herein.

42.     Defendant transmitted unwanted telephone calls to Plaintiff Samataro and the other members of the Pre-recorded Stop Call Class using a pre-recorded

voice message *after* the person informed ARC that s/he no longer wished to receive pre-recorded calls from ARC.

43. By placing pre-recorded calls to Plaintiff and members of the Pre-recorded Stop Call Class's cellular telephones *after* they requested to no longer receive call, Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by continuing to call without express consent.

44. As a result of Defendant's conduct, Plaintiff and the other members of the Pre-recorded Stop Call Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of actual and/or statutory damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all pre-recorded calling activity that is done without proper consent, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Samataro requests a jury trial.

> THOMAS SAMATARO, individually and on behalf of all others similarly situated,

DATED this 4th day of September 2024.

> By: /s/ *Stefan Coleman*
> Stefan Coleman
> COLEMAN PLLC
> 18117 Biscayne Blvd
> Suite 4152
> Miami, FL 33160
> (877) 333-9427
> law@stefancoleman.com
>
> Avi R. Kaufman
> kaufman@kaufmanpa.com
> KAUFMAN P.A.
> 237 South Dixie Highway, Floor 4
> Coral Gables, FL 33133
> Telephone: (305) 469-5881
>
> *Attorneys for Plaintiff and the putative Class*

13